IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01107-RPM-BNB

ROBERT G. KRECH,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and Reset Scheduling Conference** [docket no. 6, filed July 23, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for August 15, 2008, is **vacated and reset to September 2, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 26, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: July 23, 2008