IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01107-RPM-BNB

ROBERT G. KRECH,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **United States' Unopposed Motion to Amend Scheduling Order to Extend Discovery Deadline** [docket no. 26, filed February 18, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including April 2, 2009, and the dispositive motion deadline is extended to and including May 1, 2009.

DATED: February 19, 2009