IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01107-RPM-BNB

ROBERT G. KRECH,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

     The Court having determined that this case is ready to be set for a pretrial conference, it is

     ORDERED that a pretrial conference is scheduled for **July 15, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 9, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

     DATED: May 14th, 2009

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge