IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01107-RPM-BNB

ROBERT G. KRECH,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Joint Stipulation of Dismissal [39], filed on June 23, 2009, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

      DATED: June 23rd, 2009

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge